IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
v. ) NO. 3:14-00076
)
RAYMOND WILSON )

## ORDER

An Indictment was returned against this defendant on April 25, 2014. By writ of habeas corpus ad prosequendum entered May 8, 2014 (Docket Entry No. 24), the defendant was ordered to be brought to this Court for an initial appearance and arraignment, and, unless otherwise ordered, all other proceedings in this case. The defendant was produced for his initial appearance on May 15, 2014, and he was advised of the charges, his rights, and appointed counsel. The Government filed a motion for detention.

By and through counsel, defendant waived a detention hearing and reserved his right to seek release upon his own motion. The defendant requested that he be returned to state custody where he is serving his state sentence a the CCA-Metro Detention Facility. Counsel advised the Court that defendant is enrolled in a drug treatment program and would like to finish the program. Finding defendant's request reasonable, and without objection of the Government, the Court ordered defendant to be returned to state custody at the facility where he is currently incarcerated. The defendant further waived his rights under the Interstate Agreement on Detainers orally in open court, as well as by filing a written waiver.

The United States Marshal shall place a detainer on the defendant so that he will be brought into federal custody if he is released from state custody during the pendency of this case. If the defendant is released from state custody, he shall have a right to a hearing on the Government's motion for detention upon his request. If the defendant has not been released into federal custody from the state before the next scheduled hearing in this case, the Government shall file a petition for a writ of habeas corpus ad prosequendum at least two (2) weeks prior to any Court proceeding.

Defense counsel assured the Court that he will also make certain that such a writ is filed.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge